**Order entered April 19, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00406-CV

## MEDI-LYNX MONITORING, INC., MEDI-LYNX CARDIAC MONITORING, LLC, ANDREW J. BOGDAN, Appellants

### V.

## AMI MONITORING, INC., SPECTOCOR, LLC, AND JOSEPH H. BOGDAN, Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03634-2015**

## ORDER
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart

Before the Court is appellants' Motion to Refer to Trial Court for Issuance of Order to Show Cause, in which appellants state they wish to initiate proceedings to enforce the order that is the subject of this interlocutory appeal. Because the trial court's order has not been superseded, *see* TEX. R. APP. P. 29.2, 29.3, we refer this matter to the trial court to issue an order to show cause, as appropriate, hear evidence and grant appropriate relief, if any.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE